

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-11-00121-CR

_____

KWAME NKRUMAH PRICE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 76th Judicial District Court
Titus County, Texas
Trial Court No. CR15,895

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Kwame Nkrumah Price appeals his conviction for possession of a controlled substance, namely marihuana, in an amount more than four ounces, but less than five pounds—a state-jail felony. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.121(b)(3) (West 2010). In a related case, also decided today, Price has appealed his conviction for possession of a controlled substance, namely cocaine, in an amount of more than four grams, but less than 200 grams—a second-degree felony. *See Price v. State*, cause number 06-11-00120-CR. Price has filed a single brief, in which he raises a single issue common to both of his appeals.

We addressed this issue in detail in our opinion of this date on Price's appeal in cause number 06-11-00120-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Bailey C. Moseley
Justice

Date Submitted:    January 3, 2012
Date Decided:      January 12, 2012

Do Not Publish

2